1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LUIS ARMANDO DELHORNO,

11          Petitioner,                    No. CIV S-08-0473 GEB GGH P

12      vs.

13   BEN CURRY, et al.,

14          Respondents.              ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, filed a request for leave to proceed

17   in forma pauperis pursuant to 28 U.S.C. § 1915.  On March 18, 2008, petitioner was directed to

18   submit an affidavit in support of his request to proceed in forma pauperis or the appropriate filing

19   fee.  Petitioner has now filed a request for leave to proceed in forma pauperis.  However,

20   petitioner has, once again, not obtained the certification by the appropriate prison official

21   required on the application form.  See 28 U.S.C. § 1915(a)(2).  Petitioner has also sought an

22   extension of time to submit the required certification.  Petitioner will be provided a final

23   opportunity to submit the completed application.

24          Accordingly, IT IS HEREBY ORDERED that:

25          1.     Petitioner's April 4, 2008 request for an extension of time (Docket #8) is

26   granted;

1        2.  Petitioner is granted thirty days from the date of this order to submit the

2  appropriate affidavit in support of his request to proceed in forma pauperis or pay the filing fee;

3  and

4        3. The Clerk of the Court shall provide petitioner with a copy of the in forma

5  pauperis application used by this court.

6  DATED: 04/15/08

                                          /s/ Gregory G. Hollows
7
                                          _____
8                                         GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE
9  GGH:009/dd
   delh0473.111
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26