IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS ARMANDO DELHORNO,** | CIV S-08-0473 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **BEN CURRY, Warden, et al.,** | |
| Respondents. | |

Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have 60 days from service of this order to file a response to Petitioner's application for writ of habeas corpus.

DATED: 04/22/08                    /s/ Gregory G. Hollows
                                   _____
                                   UNITED STATES MAGISTRATE JUDGE

delh0473.po

[Proposed] Order

1