IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ARMANDO DELHORNO,

    Petitioner,           No. CIV S-08-0473 GEB GGH P

  vs.

BEN CURRY, et al.,

    Respondents.        ORDER
_____/

        Pursuant to the Order, filed on April 15, 2008, petitioner, by filing dated April 18, 2008, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

DATED: 04/29/08                            /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:009
delh0473.ifpg