EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
DAVID A. RHOADES
Supervising Deputy Attorney General
PAUL A. BERNARDINO, State Bar No. 164654
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1977
 Fax: (916) 324-2960
 Email: Paul.Bernardino@doj.ca.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS ARMANDO DELHORNO,**<br><br>                                Petitioner,<br><br>          v.<br><br>**BEN CURRY, Warden, et al.,**<br><br>                                Respondents. | CIV S-08-0473 GEB GGH P<br><br>**ORDER** |

Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have 45 days from service of this order to file a response to Petitioner's application for writ of habeas corpus.

Dated: 06/27/08                    /s/ Gregory G. Hollows
                                   U.S. Magistrate Judge

delh0473.po2

Order

1