IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS ARMANDO DELHORNO,** | Case No. CIV S-08-0473 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **BEN CURRY, Warden, et al.,** | |
| Respondents. | |

Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have 31 days from service of this order to file the Answer to Petitioner's application for writ of habeas corpus.

Dated: April 1, 2009

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

Delh0473.eot

1