IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ARMANDO DELHORNO,

    Petitioner,                                  No. CIV S-08-473 GEB CHS P

    vs.

BEN CURRY, Warden, et al.,

    Respondents.                <u>ORDER</u>

                                    /

        Petitioner has requested a twenty day extension of time to file objections to the Magistrate Judge's Findings and Recommendations signed on February 5, 2010 and entered on February 8, 2010. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's February 18, 2010 request for an extension of time is granted, and

        2. Petitioner has an additional twenty days past the original deadline in which to file his Objections to the Magistrate Judge's Findings and Recommendations.

DATED: February 22, 2010

*Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1